IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-062-F |
| | ) | |
| JUAN R. LEAL | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Dismiss Indictment (Doc. #39) filed on June 15, 2005, it is hereby

ORDERED, ADJUDGED AND DECREED by the Court that said motion is GRANTED.

DONE this 16th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE